# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

130093

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KRIS EDWARD THOMAS,
      Defendant-Appellant.

SC: 130093
COA: 264096
Oakland CC: 2004-194365-FH

_____/

      On order of the Court, the application for leave to appeal the October 20, 2005 order of the Court of Appeals is considered. The Oakland County prosecutor is DIRECTED to file an answer to defendant's application for leave to appeal within 28 days after the date of this order, paying particular attention to whether a plea pursuant to *People v Cobbs*, 443 Mich 276 (1993), waives scoring objections. The application for leave to appeal remains under consideration.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

s0419